
Slip Op. 07-147

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| NIPPON STEEL CORP., KAWASAKI STEEL CORP., JFE STEEL CORP., THYSSENKRUP ACCIAI SPECIALI TERNI S.p.A, and ACCIAI SPECIALI TERNI (USA), INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>        and<br><br>ALLEGHENY LUDLUM CORP., AK STEEL CORP., BUTLER ARMCO INDEPENDENT UNION, ZANESVILLE ARMCO INDEPENDENT UNION, and UNITED STEEL WORKERS OF AMERICA, AFL-CIO/CLC,<br><br>        Deft.-Intervenors. | Before: Richard K. Eaton, Judge<br><br>Consol. Court No. 01-00103 |

## JUDGMENT

Upon consideration of the United States Court of Appeals for the Federal Circuit's decision ("CAFC") in *Nippon Steel Corp. v. United States International Trade Commission*, 494 F.3d 1371 (2007), and the CAFC mandate of September 17, 2007, reversing and vacating this court's decision in *Nippon Steel Corp. v. United States*, 30 CIT __, 433 F. Supp. 2d 1336 (2006); holding that this

Consol. Court No. 01-00103                                              Page 2

court erred in concluding that the International Trade Commission's ("ITC") second remand determination in Grain-Oriented Silicon Electrical Steel From Italy and Japan, Invs. Nos. 701-TA-355 and 731-TA-659-660 (Review) (Second Remand), USITC Pub. 3680 (Mar. 2004) ("Second Remand Determination") was not supported by substantial evidence; and reversing and vacating the ITC's third remand determination in Grain-Oriented Silicon Electrical Steel From Italy and Japan, Invs. Nos. 701-TA-355 and 731-TA-659-660 (Review) (Third Remand) USITC Pub. 3798 (September 13, 2005) ("Third Remand Determination"), it is hereby

ORDERED, in accordance with the CAFC mandate, that the ITC's Second Remand Determination is hereby SUSTAINED and its affirmative material injury determination reinstated; and it is further

ORDERED, that this action be, and hereby is, dismissed.

                                              /s/Richard K. Eaton
                                              Richard K. Eaton

Dated:    October 10, 2007
          New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____   By: _____
                                       Deputy Clerk